# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 110 MM 2022 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MUSA ABDUR-RAHIM, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of February, 2023, the Application "for Extraordinary Relief Pursuant to Rule 3309 [and] 42 Pa.C.S. § 726, and King's Bench Powers," the Application for Stay, and the Application for an Expedited Schedule are DENIED.